IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-125-GCM

| | |
|---|---|
| SANDRA G. WEAVER, )<br>  Plaintiff, )<br>v. ) | ORDER |
| INTERNATIONAL BROTHERHOOD )<br>OF TEAMSTERS, )<br>  Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Matthew Harris,** filed June 13, 2014 [doc. # 6].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Harris is admitted to appear before this court *pro hac vice* on behalf of Defendant, International Brotherhood of Teamsters.

**IT IS SO ORDERED.**

Signed: June 24, 2014

Graham C. Mullen
United States District Judge