# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:14-cv-125-GCM

| | |
|---|---|
| SANDRA G. WEAVER,      ) | |
|     Plaintiff,      ) | |
| ) | |
| v.      ) | ORDER |
| ) | |
| INTERNATIONAL BROTHERHOOD      ) | |
| OF TEAMSTERS,      ) | |
|     Defendant.      ) | |

THIS MATTER IS BEFORE THE COURT UPON ITS OWN MOTION. Due to the pending Motion for Summary Judgment, the trial in this matter is RE-SET for **May 4, 2015** in Courtroom #3.

IT IS SO ORDERED.

Signed: January 14, 2015

Graham C. Mullen
United States District Judge